**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

JAMES HOMAN                                                                                                    PLAINTIFF
ADC #135367

V.                                           NO: 4:14CV00505 SWW

CARL JOHNSON *et al*                                                                                    DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

IT IS SO ORDERED THIS 21st DAY OF JULY, 2015.

                                                                    /s/Susan Webber Wright

                                                                    UNITED STATES DISTRICT JUDGE